```
 1  Mark J. Payne (State Bar No. 157989)
    Shawn M. Larsen (State Bar No. 204439)
 2  RUTAN & TUCKER, LLP
    611 Anton Boulevard, Fourteenth Floor
 3  Costa Mesa, California 92626-1931
    Telephone:  714-641-5100
 4  Facsimile:  714-546-9035

 5  Attorneys for Defendants
    WORKFLOW MANAGEMENT, INC.
 6  and WORKFLOW SOLUTIONS, LLC dba WORKFLOWONE
    (erroneously sued as WORKFLOWONE)
 7
```

ORIGINAL

FILED
2008 APR 14 PM 3:23
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KNH_____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| GEORGE RIFFEL,<br><br>        Plaintiff,<br><br>    vs.<br><br>WORKFLOW MANAGEMENT, INC., a Delaware corporation; WORKFLOWONE, a business entity, form unknown; and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. '08 CV 0671 J LSP<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS WORKFLOW MANAGEMENT, INC. AND WORKFLOW SOLUTIONS, LLC dba WORKFLOWONE**<br><br>[Federal Rule Of Civil Procedure 7.1]<br><br>[Filed concurrently with Civil Cover Sheet, Notice of Removal, and Notice of Party with Financial Interest Pursuant to L.R. 40.2] |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, PLAINTIFF GEORGE RIFFEL, AND HIS ATTORNEY OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Workflow Management, Inc. hereby submits its "Notice of Party With Financial Interest," and states that (i) its parent company is Workflow Holdings Corporation, and (ii) no publicly-held company owns 10% or more of its stock.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Workflow Solutions, LLC dba WorkflowOne (erroneously sued as "WorkflowOne") hereby submits its "Notice of Party With Financial Interest," and states that (i) its parent company is Defendant Workflow Management, Inc., and (ii) no publicly-held company owns 10% or more of its stock.

Dated: April 14, 2008

RUTAN & TUCKER, LLP
MARK J. PAYNE
SHAWN M. LARSEN

By: /s/ Shawn M. Larsen
Shawn M. Larsen
Attorney for Defendants WORKFLOW MANAGEMENT, INC. and WORKFLOW SOLUTIONS, LLC (erroneously sued as WORKFLOWONE)

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is Rutan & Tucker, LLP, 611 Anton Boulevard, Fourteenth Floor, Costa Mesa, California 92626-1931. My electronic notification address is kgalasso@rutan.com.

On April 14, 2008, I served the following described as:

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS WORKFLOW MANAGEMENT, INC. AND WORKFLOW SOLUTIONS, LLC dba WORKFLOWONE**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Harvey C. Berger, Esq.
Aaron A. Hayes, Esq.
**POPE, BERGER & WILLIAMS, LLP**
550 West "C" Street
Suite 1400
San Diego, California 92101
Tel: (619) 595-1366
Fax: (619) 236-9677
*Attorney for Plaintiff, GEORGE RIFFEL*

[✓]  **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **(BY PERSONAL DELIVERY)** I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]  **(BY FACSIMILE)** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth above, or on the attached service list, on this date before 5:00 p.m.

[ ]  **(BY OVERNITE EXPRESS)** I caused such envelope to be delivered by OverNite Express to the offices of the addressees

[✓]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on April 14, 2008, at Costa Mesa, California.

_____
Kristi Galasso