**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

RIFFEL                    v. WORKFLOW MANAGEMENT           No. 08-0671-IEG(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK        Rptr. 4 H 5 M  12:59-13:05

                           Attorneys

     Plaintiffs                                    Defendants

HARVEY BERGER                              MARK PAYNE

ENE held. Case settled. Plaintiff's/Defendant's counsel to submit papers within ___30___ days.

A Settlement Disposition Conference will be held in this case on July 16, 2008, at 4:00 p.m., in the chambers of Magistrate Papas unless a signed Joint Motion to Dismiss this case is filed and a copy of the signed stipulation is provided to the chambers of Magistrate Judge Papas, prior to that time. If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor. Monetary sanctions shall be imposed for failure to comply with this order.

DATED: July 11, 2008

                                           _____
                                           Hon. Leo S. Papas
                                           U.S. Magistrate Judge