1  Harvey C. Berger (SBN 102973)
   berger@popeberger.com
2  POPE, BERGER & WILLIAMS, LLP
   550 West "C" Street, Suite 1400
3  San Diego, CA 92010
   Telephone: (619) 595-1366
4  Fax: (619) 236-9677

5  Attorneys for Plaintiff
   GEORGE RIFFEL

6
   Mark J. Payne (State Bar No. 157989)
7  mpayne@rutan.com
   Shawn M. Larsen (State Bar No. 204439)
8  slarsen@rutan.com
   RUTAN & TUCKER, LLP
9  611 Anton Boulevard, Fourteenth Floor
   Costa Mesa, California 92626-1931
10 Telephone: 714-641-5100
   Facsimile: 714-546-9035
11
   Attorneys for Defendants
12 WORKFLOW MANAGEMENT, INC.
   and WORKFLOW SOLUTIONS, LLC dba WORKFLOWONE
13 (erroneously sued as WORKFLOWONE)

14                UNITED STATES DISTRICT COURT

15        SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

16

17 | GEORGE RIFFEL,                          | Case No. 08-0671-J(LSP)
18 |         Plaintiff,                      | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
19 |   vs.                                   |
20 | WORKFLOW MANAGEMENT, INC., a            |
   | Delaware corporation; WORKFLOWONE,      |
21 | a business entity, form unknown; and DOES |
   | 1 through 25, inclusive,                |
22 |                                         |
   |         Defendants.                     |
23

24

25      Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the parties to this

26 action stipulate to the dismissal of this entire action, with prejudice as to all claims, each

27 party to bear his or its own attorneys' fees and costs.

28

2101/026496-0003
938303.01 a07/10/08                          -1-

| | |
|---|---|
| 1  Dated: July   , 2008 | POPE, BERGER & WILLIAMS, LLP<br>HARVEY C. BERGER |
| 2 | |
| 3 | By: _____<br>Harvey C. Berger |
| 4 | Attorneys for Plaintiff<br>GEORGE RIFFEL |
| 5 | |
| 6 | |
| 7  Dated: July 10, 2008 | RUTAN & TUCKER, LLP<br>MARK J. PAYNE |
| 8 | SHAWN M. LARSEN |
| 9 | By: _____ |
| 10 | Mark J. Payne<br>Attorney for Defendants WORKFLOW |
| 11 | MANAGEMENT, INC. and<br>WORKFLOW SOLUTIONS, LLC |
| 12 | (erroneously sued as WORKFLOWONE) |

Rutan & Tucker, LLP
attorneys at law

2101/026496-0003
938303.01 a07/10/08

-2-