Harvey C. Berger (SBN 102973)
**POPE, BERGER & WILLIAMS, LLP**
550 West "C" Street, Suite 1400
San Diego, California 92101
Telephone: (619) 595-1366
Facsimile: (619) 236-9677

Attorneys for Plaintiff GEORGE RIFFEL

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RIFFEL,<br><br>    Plaintiff,<br><br>v.<br><br>WORKFLOW MANAGEMENT, INC., a Delaware corporation; WORKFLOWONE, a business entity, form unknown; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 3:08-cv-00671 IEG (LSP)<br><br>**PROOF OF SERVICE<br>RE ELECTRONIC FILING**<br><br><br>Complaint Filed: March 6, 2008<br>Action Removed: April 14, 2008<br>Trial Date: Not Set |

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 550 West "C" Street, Suite 1400, San Diego, California 92101.

On **July 10, 2008**, I served the following document(s), under the direction of Attorney Harvey C. Berger:

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

by Electronic Filing a copy thereof through the United States District Court - Southern District of California CM/ECF website for each addressee named hereafter:

- 1 -

PROOF OF SERVICE RE ELECTRONIC FILING                      3:08-cv-00671 IEG (LSP)

Mark Joseph Payne, Esq.  *Attorneys for Defendants*
Shawn M. Larsen, Esq.  WORKFLOW MANAGEMENT, INC.; and
Rutan & Tucker LLP  WORKFLOW SOLUTIONS, LLC dba
611 Anton Boulevard, 14th Floor  WORKFLOWONE *(erroneously sued as*
Costa Mesa, CA 92626-1931  *WORKFLOWONE)*
714/641-5100
714/546-9035 - fax
slarsen@rutan.com
kgalasso@rutan.com

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 10, 2008, in the City of San Diego, California.

_____
Sheri B. Alcaraz

PROOF OF SERVICE RE ELECTRONIC FILING     3:08-cv-00671 IEG (LSP)